

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00257-CR

**MICHAEL GENTLE,**

                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                    **Appellee**

### From the 52nd District Court
### Coryell County, Texas
### Trial Court No. FAM-08-19640

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss his appeal.  *See* TEX. R. APP. P. 42.2(a).

We have not issued a decision in this appeal, and Appellant personally signed the

motion.  The motion is granted, and the appeal is dismissed.

                              REX D. DAVIS
                              Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed August 2, 2012
Do not publish
[CR25]